```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 09658
   MARCUS J ARLINE
   TAEKO ARLINE                                 CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

          Debtor
   SSN XXX-XX-6951     SSN XXX-XX-5192


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 08/09/06 and confirmed on 10/05/06.

     2.  The case was dismissed after confirmation, 10/23/2008.

     3.  The Debtor paid a total of $   19463.00 .

     4.  The Trustee made disbursements to creditors as follows:


-------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
-------------------------------------------------------------------------------
GREENPOINT MORTGAGE CORP CURRENT MORTG          .00            .00            .00
GREENPOINT MORTGAGE CORP MORTGAGE ARRE          .00            .00            .00
GREENPOINT MORTGAGE CORP UNSECURED         91343.48            .00        3140.38
GREENPOINT MORTGAGE CORP MORTGAGE ARRE      3030.86            .00        3030.86
WELLS FARGO FINANCIAL AC SECURED VEHIC     17821.92        2600.45        6385.51
ACTION BANK CARD         UNSECURED         NOT FILED           .00            .00
ECAST SETTLEMENT CORPORA UNSECURED          6900.13            .00         597.08
ECAST SETTLEMENT CORPORA UNSECURED          5856.01            .00         506.72
ECAST SETTLEMENT CORPORA UNSECURED          4674.59            .00         404.50
PORTFOLIO RECOVERY ASSOC UNSECURED          4110.30            .00         355.66
RESURGENT CAPITAL SERVIC UNSECURED          1999.95            .00         173.06
         Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED     PRIORITY     UNSECURED      OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  20852.78         .00     114884.46        .00     135737.24
PRINCIPAL PAID       9416.37         .00       5177.40        .00      14593.77
INTEREST PAID        2600.45         .00           .00        .00       2600.45
TOTAL PAID          12016.82         .00       5177.40        .00      17194.22
The Debtor's attorney, COSTELLO & COSTELLO           , was allowed $    2893.25
and was paid $    1126.00   direct and $    1374.00   through the plan.

The Trustee received $     894.78 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 01/16/09                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```